BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
Jessica A. McElroy (SBN 299919)
JMcElroy@BlankRome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
GLADSTONE INVESTMENT CORPORATION

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA

| | |
|---|---|
| In re | Case No. 9:16-BK-11912-DS |
| CHANNEL TECHNOLOGIES GROUP, LLC, | Chapter: 11 |
| Debtor. | |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC, | Adv. No. 9:18-AP-01058-DS |
| Plaintiff, | **DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS L.P., BW PIEZO HOLDINGS, LLC, FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE PARTNERS II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A. | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Defendant Gladstone Investment Corporation ("Gladstone"), hereby responds to the first amended complaint ("FAC") filed by plaintiff Corporate Recovery Associates, LLC ("Plaintiff") as follows:

## I.  SUMMARY

1.    Paragraph 1 of the FAC does not set forth allegations to which a response by Gladstone is required, but instead sets forth a summary of the Plaintiff's theory of the case.  To the extent a response is required, Gladstone denies the allegations in paragraph 1 of the FAC, denies that it engaged in any wrongdoing, denies that Plaintiff is entitled to assert any cause of action against Gladstone, and denies that Plaintiff is otherwise entitled to the relief requested, or to any relief, against Gladstone.

## II.  PARTIES

2.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 2 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 2 of the FAC.

3.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 3 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 3 of the FAC.

4.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 4 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 4 of the FAC.

5.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 5 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 5 of the FAC.

6.    Gladstone admits that it is a Delaware corporation and may be served via its registered agent in Delaware.   Further answering paragraph 6 of the FAC, Gladstone denies the remaining allegations.

7.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 7 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 7 of the FAC.

8.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 8 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 8 of the FAC.

9.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 9 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 9 of the FAC.

10.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 10 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 10 of the FAC.

11.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 11 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 11 of the FAC.

12.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 12 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 12 of the FAC.

13.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 13 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 13 of the FAC.

14.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 14 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 14 of the FAC.

15.     Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 15 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 15 of the FAC.

**DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FAC**

16.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 16 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 16 of the FAC.

17.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 17 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 17 of the FAC.

18.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 18 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 18 of the FAC.

19.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 19 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 19 of the FAC.

20.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 20 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 20 of the FAC.

21.    Gladstone denies the allegations contained in paragraph 21 of the FAC to the extent such allegations are directed to Gladstone.  Further responding, Gladstone denies the allegations in the last sentence of paragraph 21 of the FAC. Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained paragraph 21 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 21 of the FAC.

22.    Gladstone denies the allegations contained in paragraph 22 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained paragraph 22 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 22 of the FAC and denies that it engaged in any wrongdoing.

1

## III.  **JURISDICTION**

2      23.   Gladstone denies that the Bankruptcy Court has jurisdiction over this

3   action and further denies that this is a core proceeding.  Gladstone does not consent

4   to the entry of final orders or judgments by the Bankruptcy Court in this action.

5   Gladstone denies the remaining allegations in paragraph 23 of the FAC.

6

## IV.  **FACTS**

7      24.   Gladstone admits the allegations contained in paragraph 24 of the FAC.

8      25.   Gladstone denies the allegations contained in paragraph 25 of the FAC

9   to the extent such allegations are directed to Gladstone.  Gladstone lacks

10   information or knowledge so as to form a belief as to the truth of the remaining

11   allegations contained paragraph 25 of the FAC.  As such, Gladstone denies the

12   remaining allegations contained in paragraph 25 of the FAC.

13      26.   Answering paragraph 26 of the FAC, Gladstone admits CTG was

14   acquired by BW Piezo.  Further answering, Gladstone would refer to the referenced

15   operating agreement itself for its content and meaning and states that the operating

16   agreement speaks for itself.  Gladstone lacks information or knowledge so as to

17   form a belief as to the truth of the remaining allegations contained in paragraph 26

18   of the FAC.  As such, Gladstone denies the remaining allegations contained in

19   paragraph 26 of the FAC.

20      27.   Answering paragraph 27 of the FAC, Gladstone would refer to the

21   referenced operating agreement itself for its content and meaning and states that the

22   operating agreement speaks for itself.  Gladstone lacks information or knowledge so

23   as to form a belief as to the truth of the remaining allegations contained in paragraph

24   27 of the FAC.  As such, Gladstone denies the remaining allegations contained in

25   paragraph 27 of the FAC.

26      28.   Gladstone denies the allegations contained in paragraph 28 of the FAC

27   to the extent such allegations are directed to Gladstone.  Gladstone lacks

28

information or knowledge so as to form a belief as to the truth of the remaining allegations contained paragraph 28 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 28 of the FAC.

29.    Gladstone denies the allegations contained in paragraph 29 of the FAC to the extent such allegations are directed to Gladstone. Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained paragraph 29 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 29 of the FAC.

30.    Gladstone denies the allegations contained in paragraph 30 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 30 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 30 of the FAC.

31.    Answering paragraph 31 of the FAC, Gladstone admits that BW Piezo entered into a transaction and thereby acquired H.C. Materials.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 31 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 31 of the FAC.

32.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 32 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 32 of the FAC.

33.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 33 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 33 of the FAC.

34.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 34 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 34 of the FAC.

**DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FAC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

35.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in the first sentence of paragraph 35 of the FAC.  Further answering, Gladstone denies the remaining allegations in paragraph 35 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 34 of the FAC that are not directed to Gladstone, and as such, Gladstone denies such remaining allegations contained in paragraph 34 of the FAC.

36.    Answering paragraph 36 of the FAC, Gladstone admits upon information and belief that Mr. Phillips was removed from his position at CTG and replaced by Christopher Holmes.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 36 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 36 of the FAC.

37.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 37 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 37 of the FAC.

38.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 38 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 38 of the FAC.

39.    Answering paragraph 39 of the FAC, Gladstone admits that BW Piezo sold CTG Advanced Materials in or about March 2016.  Gladstone denies the remaining allegations contained in paragraph 39 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 39 of the FAC that are not directed to Gladstone, and as such, Gladstone denies such remaining allegations contained in paragraph 39 of the FAC.

40.    Gladstone denies the allegations contained in paragraph 40 of the FAC to the extent such allegations are directed to Gladstone.  Further answering, Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 40 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 40 of the FAC.

41.    Gladstone denies the allegations contained in paragraph 41 of the FAC.

42.    Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 41 and 43 through 136 of the FAC as set forth above and below as if fully rewritten herein.

43.    Gladstone denies the allegations contained in paragraph 43 of the FAC.

44.    Answering paragraph 44 of the FAC, Gladstone admits that CTG and CTG Advanced Materials were separate entities.  Further answering, paragraph 44 of the FAC contains legal conclusions to which no response is required; to the extent a response is required, such legal conclusions are denied.  Further answering, Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 44 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 44 of the FAC.

45.    Gladstone denies the allegations contained in paragraph 45 of the FAC.

46.    Gladstone denies the allegations contained in paragraph 46 of the FAC.

47.    Gladstone denies the allegations contained in paragraph 47 of the FAC.

48.    Gladstone denies the allegations contained in paragraph 48 of the FAC.

**DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FAC**

# V.   CAUSES OF ACTION

**Avoidance of Actual Fraudulent Transfers Under 11 U.S.C. §§ 548(a)(1)(A)**

**and 550(a)**

*(Defendants the Blue Wolf Entities, the Mezzanine Lenders, Pengdi Han, DHAN, LLC, Duff & Phelps, and CIT Bank, N.A.)*

49.   Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 48 and 50 through 136 of the FAC as set forth above and below as if fully rewritten herein.

50.   Gladstone denies the allegations contained in paragraph 50 of the FAC.

51.   Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 51 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 51 of the FAC.

52.   Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 52 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 52 of the FAC.

53.   Gladstone denies the allegations contained in paragraph 53 of the FAC.

54.   Gladstone denies the allegations contained in paragraph 54 of the FAC.

55.   Gladstone denies the allegations contained in paragraph 55 of the FAC.

56.   Gladstone denies the allegations contained in paragraph 56 of the FAC.

57.   Answering paragraph 57 of the FAC, Gladstone admits only that it received funds in the amount of $752,245.09, and denies any remaining allegations to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 57 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 57 of the FAC.

58.   Gladstone denies the allegations contained in paragraph 58 of the FAC and denies that the Plaintiff is entitled to the relief described therein, or to any relief, against Gladstone.

**Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. § 548(a)(1)(B)**

(*Defendants the Blue Wolf Entities, the Mezzanine Lenders, Pengdi Han, DHAN, LLC, Duff & Phelps, and CIT Bank, N.A.*)

59.   Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 58 and 60 through 136 of the FAC as set forth above and below as if fully rewritten herein.

60.   Gladstone denies the allegations contained in paragraph 60 of the FAC.

61.   Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 61 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 61 of the FAC.

62.   Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 62 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 62 of the FAC.

63.   Gladstone denies the allegations contained in paragraph 63 of the FAC.

64.   Gladstone denies the allegations contained in paragraph 64 of the FAC.

65.   Gladstone denies the allegations contained in paragraph 65 of the FAC.

66.   Gladstone denies the allegations contained in paragraph 66 of the FAC.

67.   Answering paragraph 67 of the FAC, Gladstone admits only that it received funds in the amount of $752,245.09, and denies any remaining allegations to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 67 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 67 of the FAC.

68.    Gladstone denies the allegations contained in paragraph 68 of the FAC and denies that the Plaintiff is entitled to the relief described therein, or to any relief, against Gladstone.

**Violation of California Uniform Fraudulent Transfer Act (Actual Fraud)**

*(Defendants the Blue Wolf Entities, the Mezzanine Lenders, Pengdi Han, DHAN, LLC, Duff & Phelps, and CIT Bank, N.A.)*

69.    Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 68 and 70 through 136 of the FAC as set forth above and below as if fully rewritten herein.

70.    Gladstone denies the allegations contained in paragraph 70 of the FAC.

71.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 71 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 71 of the FAC.

72.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 72 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 72 of the FAC.

73.    Gladstone denies the allegations contained in paragraph 73 of the FAC.

74.    Gladstone denies the allegations contained in paragraph 74 of the FAC.

75.    Gladstone denies the allegations contained in paragraph 75 of the FAC.

76.    Gladstone denies the allegations contained in paragraph 76 of the FAC.

77.    Answering paragraph 77 of the FAC, Gladstone admits only that it received funds in the amount of $752,245.09, and denies any remaining allegations to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 77 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 77 of the FAC.

**Violation of California Uniform Fraudulent Transfer Act (Constructive Fraud)**

(*Defendants the Blue Wolf Entities, the Mezzanine Lenders, Pengdi Han, DHAN, LLC, Duff & Phelps, and CIT Bank, N.A.*)

78.    Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 77 and 79 through 136 of the FAC as set forth above and below as if fully rewritten herein.

79.    Gladstone denies the allegations contained in paragraph 79 of the FAC.

80.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 80 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 80 of the FAC.

81.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 81 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 81 of the FAC.

82.    Gladstone denies the allegations contained in paragraph 82 of the FAC.

83.    Gladstone denies the allegations contained in paragraph 83 of the FAC.

84.    Gladstone denies the allegations contained in paragraph 84 of the FAC.

85.    Gladstone denies the allegations contained in paragraph 85 of the FAC.

86.    Answering paragraph 86 of the FAC, Gladstone admits only that it received funds in the amount of $752,245.09, and denies any remaining allegations to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 86 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 86 of the FAC.

**Avoidance of Actual Fraudulent Transfers Under 11 U.S.C. §§ 548(a)(1)(A)**

**and 550(a)**

*(All Defendants)*

87.    The statements in paragraph 87 of the FAC are not allegations to which a response is required.  To the extent a response is deemed required, Gladstone denies the allegations in paragraph 87 of the FAC.

88.    Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 87 and 89 through 136 of the FAC as set forth above and below as if fully rewritten herein.

89.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 89 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 89 of the FAC.

90.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 90 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 90 of the FAC.

91.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 91 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 91 of the FAC.

92.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 92 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 92 of the FAC.

93.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 93 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 93 of the FAC.

94.    Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 94 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 94 of the FAC.

95.   Gladstone denies the allegations contained in paragraph 95 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 95 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 95 of the FAC.

96.   Gladstone denies the allegations contained in paragraph 96 of the FAC and denies that the Plaintiff is entitled to the relief described therein, or to any relief, against Gladstone.

**Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. § 548(a)(1)(B)**

*(All Defendants)*

97.   The statements in paragraph 97 of the FAC are not allegations to which a response is required.  To the extent a response is deemed required, Gladstone denies the allegations in paragraph 97 of the FAC.

98.   Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 97 and 99 through 136 of the FAC as set forth above and below as if fully rewritten herein.

99.   Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 99 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 99 of the FAC.

100.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 100 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 100 of the FAC.

101.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 101 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 101 of the FAC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

102.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 102 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 102 of the FAC.

103.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 103 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 103 of the FAC.

104.  Gladstone denies the allegations in paragraph 104 of the FAC to the extent such allegations are directed to Gladstone.  Further answering, Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations contained in paragraph 104 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 104 of the FAC.

105.  Gladstone denies the allegations contained in paragraph 105 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 105 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 105 of the FAC.

106.  Gladstone denies the allegations contained in paragraph 106 of the FAC and denies that the Plaintiff is entitled to the relief described therein, or to any relief, against Gladstone.

### California Uniform Fraudulent Transfer Act (Actual Fraud)

*(All Defendants)*

107.  The statements in paragraph 107 of the FAC are not allegations to which a response is required.  To the extent a response is deemed required, Gladstone denies the allegations in paragraph 107 of the FAC.

108.  Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 107 and 109 through 136 of the FAC as set forth above and below as if fully rewritten herein.

109.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 109 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 109 of the FAC.

110.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 110 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 110 of the FAC.

111.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 111 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 111 of the FAC.

112.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 112 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 112 of the FAC.

113.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 113 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 113 of the FAC.

114.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 114 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 114 of the FAC.

115.  Gladstone denies the allegations contained in paragraph 115 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 115 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 115 of the FAC.

## California Uniform Fraudulent Transfer Act (Constructive Fraud)

### (*All Defendants*)

116.  The statements in paragraph 116 of the FAC are not allegations to which a response is required.  To the extent a response is deemed required, Gladstone denies the allegations in paragraph 116 of the FAC.

117.  Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 116 and 118 through 136 of the FAC as set forth above and below as if fully rewritten herein.

118.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 118 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 118 of the FAC.

119.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 119 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 119 of the FAC.

120.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 120 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 120 of the FAC.

121.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 121 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 121 of the FAC.

122.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 122 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 122 of the FAC.

123.  Gladstone denies the allegations in paragraph 123 of the FAC to the extent such allegations are directed to Gladstone.  Further answering, Gladstone lacks information or knowledge so as to form a belief as to the truth of the

**DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FAC**

remaining allegations contained in paragraph 123 of the FAC.  As such, Gladstone denies the remaining allegations contained in paragraph 123 of the FAC.

124.  Gladstone denies the allegations contained in paragraph 124 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 124 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 124 of the FAC.

**Unjust Enrichment**

(*All Defendants*)

125.  Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 124 and 126 through 136 of the FAC as set forth above and below as if fully rewritten herein.

126.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the allegations contained in paragraph 126 of the FAC.  As such, Gladstone denies the allegations contained in paragraph 126 of the FAC.

127.  Gladstone denies the allegations contained in paragraph 127 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 127 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 127 of the FAC.

128.  Gladstone denies the allegations contained in paragraph 128 of the FAC to the extent such allegations are directed to Gladstone.  Gladstone lacks information or knowledge so as to form a belief as to the truth of the remaining allegations in paragraph 128 of the FAC.  As such, Gladstone denies such remaining allegations contained in paragraph 128 of the FAC.

**Conversion**

(*All Defendants*)

129.  Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 128 and 130 through 136 of the FAC as set forth above and below as if fully rewritten herein.

130.  Gladstone denies the allegations contained in paragraph 130 of the FAC.

131.  Gladstone denies the allegations contained in paragraph 131 of the FAC.

132.  Gladstone denies the allegations contained in paragraph 132 of the FAC.

**Breach of Fiduciary Duty**

(*Defendants Blue Wolf Entities*)

133.  Gladstone realleges each of its answers to the allegations contained in paragraphs 1 through 132 and 134 through 136 of the FAC as set forth above and below as if fully rewritten herein.

134.  Paragraph 134 of the FAC sets forth legal conclusions to which no response is required.

135.  Gladstone denies the allegations contained in paragraph 135 of the FAC.

136.  Gladstone denies the allegations contained in paragraph 136 of the FAC and denies that the Plaintiff is entitled to the relief described therein, or to any relief, against Gladstone.

Gladstone denies each and every allegation contained in the FAC not otherwise specifically admitted.

## <u>DEFENSES</u>

Gladstone asserts the following further defenses to the claims set forth in the FAC.  By asserting such defenses, Gladstone does not assume any burden of proof, persuasion or production not otherwise legally assigned to it.

**FIRST DEFENSE**

The FAC fails to state any claim upon which relief may be granted against Gladstone.

**SECOND DEFENSE**

Certain of Plaintiff's claims against Gladstone are barred because the alleged transfers were made in accordance with 11 U.S.C. § 548(c) and because Gladstone took for value and in good faith, and gave value to the transferor in exchange for the transfers alleged in the FAC.

**THIRD DEFENSE**

The claims asserted in the FAC are barred to the extent that Gladstone is not a transferee from which the Plaintiff may recover the value of an avoided transfer under Section 550 of the Bankruptcy Code.

**FOURTH DEFENSE**

The claims in the FAC are barred because any amounts Gladstone is alleged to have received were taken for value, in good faith, and without knowledge of the voidability of the transfer sought to be avoided.

**FIFTH DEFENSE**

The claims asserted in the FAC are barred, in whole or in part, by the single satisfaction rule set forth in Section 550(d) of the Bankruptcy Code.

**SIXTH DEFENSE**

Certain of Plaintiff's claims against Gladstone are barred because the alleged transfers were made in accordance with 11 U.S.C. § 546(e).

**SEVENTH DEFENSE**

The claims asserted in the FAC are barred by the doctrine of laches.

**EIGHTH DEFENSE**

The claims in the FAC are barred by the doctrine of estoppel.

## NINTH DEFENSE

The claims in the FAC are barred under the doctrines of release and/or waiver.

## TENTH DEFENSE

The claims in the FAC are barred by the applicable statutes of limitation.

## ELEVENTH DEFENSE

Under the circumstances of this case, this Court lacks jurisdiction over some or all of the claims set forth in the FAC.

## TWELFTH DEFENSE

The claims in the FAC are barred by the doctrine of unclean hands.

## THIRTEENTH DEFENSE

The claims in the FAC are barred by the doctrine of *in pari delicto*.

## FOURTEENTH DEFENSE

The claims in the FAC are barred because Gladstone gave fair consideration for the alleged transfers at issue in the FAC.

## FIFTEENTH DEFENSE

The claims in the FAC are barred because Gladstone acted in good faith, and without any fraudulent intent, at all relevant times and when receiving the alleged transfers at issue in the FAC.

## SIXTEENTH DEFENSE

The Debtor received reasonably equivalent value in consideration for the transfers alleged in the FAC.

## SEVENTEENTH DEFENSE

The claims in the FAC are barred because the alleged transfers at issue in the FAC and any amounts Gladstone is alleged to have received are not property of the Debtor or the Debtor's estate.

### EIGHTEENTH DEFENSE

The claims in the FAC are barred for failure to join a party needed for a just determination.

### NINETEENTH DEFENSE

Any injury or damages to the Plaintiff should be reduced to the extent that the culpable conduct of others caused or contributed to any injury or damages that the Plaintiff may have sustained.

### TWENTIETH DEFENSE

The claims asserted in the FAC against Gladstone are barred by the doctrine of earmarking.

### TWENTY-FIRST DEFENSE

The acts, omissions and/or damages of which Plaintiff complains, to the extent that such acts, omissions and/or damages occurred, which Gladstone denies, were performed by, or were the result of the conduct of, parties other than Gladstone, over which Gladstone did not exercise control, and for which Gladstone has no responsibility.

### TWENTY-SECOND DEFENSE

Gladstone further asserts all defenses available under federal law and under any applicable state law. Additional facts may be revealed in discovery or otherwise that support additional defenses presently available, but unknown, to Gladstone. Gladstone therefore reserves the right to assert additional defenses in the event discovery or investigation reveals additional defenses or such additional defenses become apparent at trial.

### TWENTY-THIRD DEFENSE

Gladstone hereby adopts and incorporates by reference any and all other defenses asserted or to be asserted by any other defendants named in the FAC to the extent that such defenses are available to Gladstone.

**DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FAC**

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 9015 of the Federal Rules of Bankruptcy Procedure, Gladstone hereby demands a trial by jury for all issues in this adversary proceeding.  Gladstone does not consent to the conduct of the jury trial by the bankruptcy judge.

WHEREFORE, having fully answered the FAC, Gladstone respectfully prays for judgment as follows:

1. That judgment is entered in favor of Gladstone and against Plaintiff;

2. That Plaintiff takes nothing by way of its FAC and that the FAC is dismissed against Gladstone with prejudice;

3. For Gladstone's attorneys' fees and costs of suit incurred herein, as permitted by law; and

4. For such other and further relief as is just and proper.

DATED:  December 21, 2018        **BLANK ROME LLP**

By: */s/ Cheryl S. Chang*
    Cheryl S. Chang
    Jessica A. McElroy
Attorneys for Defendant
GLADSTONE INVESTMENT
CORPORATION

DEFENDANT GLADSTONE INVESTMENT CORPORATION'S ANSWER TO PLAINTIFF'S FAC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, 6th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): DEFENDANT GLADSTONE INVESTMENT
CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
December 21, 2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- John P Byrne    John.Byrne@byrnelawcorp.com
- Cheryl S Chang    Chang@Blankrome.com, Hno@BlankRome.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Richard H Golubow    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com; Meir@virtualparalegalservices.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Ian Landsberg    ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;
yesi@landsberg-law.com; ilandsberg@ecf.inforuptcy.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Andrew B Levin    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Samuel A Newman    snewman@gibsondunn.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Reed H Olmstead    reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
- Robert E Opera    ropera@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Christian A Orozco    , thooker@lynnllp.com
- Christian A Orozco    corozco@lynnllp.com, thooker@lynnllp.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 21, 2018   , I

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2018 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

John J Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Water Store
94 Frederick Lopez
Goleta, CA 93117

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**