1  BLANK ROME LLP
   Cheryl S. Chang (SBN 237098)
2  Chang@BlankRome.com
   Jessica A. McElroy (SBN 299919)
3  JMcElroy@BlankRome.com
   2029 Century Park East | 6th Floor
4  Los Angeles, CA 90067
   Telephone:  424.239.3400
5  Facsimile:   424.239.3434

6  Attorneys for Defendant
   GLADSTONE INVESTMENT CORPORATION

7

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>                Debtor. | Case No. 9:16-BK-11912-DS<br><br>Chapter: 11 |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS L.P., BW PIEZO HOLDINGS, LLC, FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE PARTNERS II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A.<br><br>                Defendants. | Adv. No. 9:18-AP-01058-DS<br><br>**DEFENDANT GLADSTONE INVESTMENT CORPORATION'S DISCLOSURE STATEMENT**<br><br>**FED. R. BANKR. P. 7007.1** |

200729.00057/115809014v.1

**DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Gladstone Investment Corporation discloses that it is a public company and, based on publicly available information, no corporation directly or indirectly owns 10% or more of any class of Gladstone Investment Corporation's equity interests.

Gladstone Investment Corporation reserves the right to amend these disclosures.

DATED: December 21, 2018        **BLANK ROME LLP**

By: */s/ Cheryl S. Chang*
Cheryl S. Chang
Jessica A. McElroy
Attorneys for Defendant
GLADSTONE INVESTMENT CORPORATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, 6th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): DEFENDANT GLADSTONE INVESTMENT CORPORATION'S DISCLOSURE STATEMENT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 21, 2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Peter J Benvenutti     pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- John P Byrne     John.Byrne@byrnelawcorp.com
- Cheryl S Chang     Chang@Blankrome.com, Hno@BlankRome.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- Daniel Denny     ddenny@gibsondunn.com
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
- Richard H Golubow     rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com; Meir@virtualparalegalservices.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
- Ian Landsberg     ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com; yesi@landsberg-law.com; ilandsberg@ecf.inforuptcy.com
- Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Andrew B Levin     alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- David W. Meadows     david@davidwmeadowslaw.com
- Samuel A Newman     snewman@gibsondunn.com
- Victoria Newmark     vnewmark@pszjlaw.com
- Reed H Olmstead     reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
- Robert E Opera     ropera@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Christian A Orozco     , thooker@lynnllp.com
- Christian A Orozco     corozco@lynnllp.com, thooker@lynnllp.com
- Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov
- Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 21, 2018 , I

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Deborah Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2018 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

John J Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Water Store
94 Frederick Lopez
Goleta, CA 93117

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**