Edward Jason Dennis
jdennis@lynnllp.com
Samuel B. Hardy
shardy@lynnllp.com
Christian Orozco
California State Bar No. 285723
corozco@lynnllp.com
**Lynn Pinker Cox & Hurst, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Special Litigation Counsel for
Plaintiff

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re | § CASE NO. 9:18-AP-01058-DS |
| | § |
| CHANNEL TECHNOLOGIES GROUP, LLC, | § |
| *Debtor*. | § |
| | § |
| CORPORATE RECOVERY ASSOCIATES, | § |
| LLC, as Trustee for the Liquidating Trust of | § NOTICE OF VOLUNTARY |
| Channel Technologies Group, LLC, | § DISMISSAL |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | § |
| BLUE WOLF CAPITAL PARTNERS, LLC, | § |
| BLUE WOLF CAPITAL FUND II, L.P., | § |
| GLADSTONE INVESTMENT | § |
| CORPORATION, BLUE WOLF CAPITAL | § |
| ADVISORS L.P., BW PIEZO HOLDINGS, | § |
| LLC, FIDUS INVESTMENT | § |
| CORPORATION, FIDUS MEZZANINE | § |
| CAPITAL II, L.P., AVANTE MEZZANINE | § |
| PARTNERS SBIC, LP, AVANTE | § |
| MEZZANINE PARTNERS II, INC., PENGDI | § |
| HAN, DHAN, LLC, GRANT THORNTON, | § |
| LLP, CTG ADVANCED MATERIALS, LLC, | § |
| CTS CORPORATION, ELECTRO OPTICAL | § |
| INDUSTRIES, DUFF & PHELPS, and CIT | § |
| BANK, N.A. | § |
| *Defendants*. | |

1    Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Corporate Recovery Associates,

2   LLC, solely in its capacity as Trustee for the Liquidating Trust of Debtor Channel Technologies

3   Group, LLC ("Plaintiff") hereby gives notice that the above-captioned cause is voluntarily

4   dismissed, without prejudice, against Defendant CIT Bank, N.A.

5   Dated: December 21, 2018

6

7                    Respectfully submitted,

8                    */s/ Edward Jason Dennis*_____
                     Edward Jason Dennis
9                    jdennis@lynnllp.com
                     Samuel B. Hardy
10                   shardy@lynnllp.com
                     Christian Orozco
11                   California State Bar No. 285723
                     corozco@lynnllp.com
12
                     **Lynn Pinker Cox & Hurst, LLP**
13                   2100 Ross Avenue, Suite 2700
                     Dallas, Texas 75201
14                   (214) 981-3800 - Telephone
                     (214) 981-3839 - Facsimile
15

16                   **Special Litigation Counsel for
                     Corporate Recovery Associates, LLC,**
17                   **Trustee for the Liquidating Trust of**
                     **Debtor Channel Technologies Group, LLC**
18

19

20

21

22

23

24

25

26

27

28

1

### CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that a true and correct copy of foregoing has been served

3    upon all counsel of record by way of electronic filing this December 21, 2018.

4

5                                          /s/ Christian Orozco

6                                          Christian Orozco

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28