1  TOBIAS S. KELLER (S.B. NO. 151445)
   PETER J. BENVENUTTI (S.B. NO. 60566)
2  **KELLER & BENVENUTTI LLP**
   650 California Street, Suite 1900
3  San Francisco, California  94108
   Telephone:    (415) 796-0709
4  Facsimile:     (650) 636-9251

5  Attorneys for Electro Optical Industries, Inc.

6

7                 **UNITED STATES BANKRUPTCY COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
8                          **NORTHERN DIVISION**

9

10  In re                                    Case No. 9:16-bk-11912-DS

11  CHANNEL TECHNOLOGIES GROUP, INC.,        Chapter 11

12            Debtor.                        Adv. No. 9:18-AP-01058-DS

13  _____

14  CORPORATE RECOVERY ASSOCIATES,           **ANSWER OF DEFENDANT ELECTRO**
    LLC, as Trustee for the Liquidating Trust of   **OPTICAL INDUSTRIES, INC. TO FIRST**
15  Channel Technologies Group, LLC,         **AMENDED COMPLAINT**

16            Plaintiff,

17

18        v.

    BLUE WOLF CAPITAL PARTNERS, LLC, *et*
19  *al.*,

20            Defendants.

21  _____

22        Defendant Electro Optical Industries, Inc. submits the following Answer to the First

23  Amended Complaint filed on November 5, 2018, by Plaintiff Corporate Recovery Associates,

24  LLC as Trustee for the Liquidating Trust of Channel Technologies Group, LLC:

25                          <u>**SPECIFIC RESPONSES**</u>

26        1.      In response to the allegations in Paragraph 1 of the First Amended Complaint,

27  Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein

28  and therefore denies the same.

---

2.      In response to the allegations in Paragraph 2 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

3.      In response to the allegations in Paragraph 3 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

4.      In response to the allegations in Paragraph 4 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

5.      In response to the allegations in Paragraph 5 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

6.      In response to the allegations in Paragraph 6 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

7.      In response to the allegations in Paragraph 7 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

8.      In response to the allegations in Paragraph 8 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

9.      In response to the allegations in Paragraph 9 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**2**

10.    In response to the allegations in Paragraph 10 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

11.    In response to the allegations in Paragraph 11 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

12.    In response to the allegations in Paragraph 12 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

13.    In response to the allegations in Paragraph 13 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

14.    In response to the allegations in Paragraph 14 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

15.    In response to the allegations in Paragraph 15 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

16.    In response to the allegations in Paragraph 16 of the First Amended Complaint, Defendant admits.

17.    In response to the allegations in Paragraph 17 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

18.     In response to the allegations in Paragraph 18 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

19.     In response to the allegations in Paragraph 19 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

20.     In response to the allegations in Paragraph 20 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

21.     In response to the allegations in Paragraph 21 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

22.     In response to the allegations in Paragraph 22 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

23.     In response to the allegations in Paragraph 23 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

24.     In response to the allegations in Paragraph 24 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

25.     In response to the allegations in Paragraph 25 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

26.     In response to the allegations in Paragraph 26 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

27.     In response to the allegations in Paragraph 27 of the First Amended Complaint, Defendant refers to the referenced documents for the true and complete terms thereof and denies any allegations or characterizations inconsistent therewith.

28.     In response to the allegations in Paragraph 28 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

29.     In response to the allegations in Paragraph 29 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

30.     In response to the allegations in Paragraph 30 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

31.     In response to the allegations in Paragraph 31 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

32.     In response to the allegations in Paragraph 32 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

33.     In response to the allegations in Paragraph 33 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

34.     In response to the allegations in Paragraph 34 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

35.     In response to the allegations in Paragraph 35 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

36.     In response to the allegations in Paragraph 36 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

37.     In response to the allegations in Paragraph 37 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

38.     Defendant denies the allegations in the fourth bullet of Paragraph 38 of the First Amended Complaint.  In response to the remaining allegations in Paragraph 38, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

39.     In response to the allegations in Paragraph 39 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

40.     Defendant denies the allegations in the final sentence of Paragraph 40 of the First Amended Complaint.  In response to the remaining allegations in Paragraph 40, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

41.     In response to the allegations in Paragraph 41 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

42.     In response to the allegations in Paragraph 42 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

43.     In response to the allegations in Paragraph 43 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

44.     In response to the allegations in Paragraph 44 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

45.     In response to the allegations in Paragraph 45 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

46.     In response to the allegations in Paragraph 46 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

47.     In response to the allegations in Paragraph 47 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

48.     In response to the allegations in Paragraph 48 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

49.     In response to the allegations in Paragraph 49 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

50.     In response to the allegations in Paragraph 50 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

51.     In response to the allegations in Paragraph 51 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

52.     In response to the allegations in Paragraph 52 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

53.     In response to the allegations in Paragraph 53 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

54.     In response to the allegations in Paragraph 54 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

55.     In response to the allegations in Paragraph 55 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

56.     In response to the allegations in Paragraph 56 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

57.     In response to the allegations in Paragraph 57 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

58.     In response to the allegations in Paragraph 58 of the First Amended Complaint, this Paragraph states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

59.     In response to the allegations in Paragraph 59 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

60.     In response to the allegations in Paragraph 60 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

61.     In response to the allegations in Paragraph 61 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

62.     In response to the allegations in Paragraph 62 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

63.     In response to the allegations in Paragraph 63 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

64.     In response to the allegations in Paragraph 64 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

65.     In response to the allegations in Paragraph 65 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

66.     In response to the allegations in Paragraph 66 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

67.     In response to the allegations in Paragraph 67 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

68.     In response to the allegations in Paragraph 68 of the First Amended Complaint, this Paragraph states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

69.     In response to the allegations in Paragraph 69 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

70.     In response to the allegations in Paragraph 70 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

71.     In response to the allegations in Paragraph 71 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

72.     In response to the allegations in Paragraph 72 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.

73.     In response to the allegations in Paragraph 73 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

74.     In response to the allegations in Paragraph 74 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

75.     In response to the allegations in Paragraph 75 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

76.     In response to the allegations in Paragraph 76 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

77.     In response to the allegations in Paragraph 77 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

78.     In response to the allegations in Paragraph 78 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

79.     In response to the allegations in Paragraph 79 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

80.     In response to the allegations in Paragraph 80 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

81.     In response to the allegations in Paragraph 81 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

82.     In response to the allegations in Paragraph 82 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

83.     In response to the allegations in Paragraph 83 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

84.     In response to the allegations in Paragraph 84 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

85.     In response to the allegations in Paragraph 85 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

86.     In response to the allegations in Paragraph 86 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

87.     In response to the allegations in Paragraph 87 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

88.     In response to the allegations in Paragraph 88 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.

89.     In response to the allegations in Paragraph 89 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

90.     In response to the allegations in Paragraph 90 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

91.     In response to the allegations in Paragraph 91 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

92.     In response to the allegations in Paragraph 92 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

93.     In response to the allegations in Paragraph 93 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

94.     In response to the allegations in Paragraph 94 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

95.     In response to the allegations in Paragraph 95 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

96.     In response to the allegations in Paragraph 96 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

97.     In response to the allegations in Paragraph 97 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

98.     In response to the allegations in Paragraph 98 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

99.     In response to the allegations in Paragraph 99 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

100.    In response to the allegations in Paragraph 100 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

101.    In response to the allegations in Paragraph 101 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

102.    In response to the allegations in Paragraph 102 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

103.    In response to the allegations in Paragraph 103 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

104.    In response to the allegations in Paragraph 104 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

105.    In response to the allegations in Paragraph 105 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

106.    In response to the allegations in Paragraph 106 of the First Amended Complaint, this Paragraph states legal conclusions to which no response is required.  To the extent a response is deemed to be required, Defendant denies.

107.    In response to the allegations in Paragraph 107 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

108.    In response to the allegations in Paragraph 108 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

109.    In response to the allegations in Paragraph 109 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

110.    In response to the allegations in Paragraph 110 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

111.    In response to the allegations in Paragraph 111 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

112.    In response to the allegations in Paragraph 112 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

113.    In response to the allegations in Paragraph 113 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

114.    In response to the allegations in Paragraph 114 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

115.    In response to the allegations in Paragraph 115 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

116.    In response to the allegations in Paragraph 116 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

117.    In response to the allegations in Paragraph 117 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

118.    In response to the allegations in Paragraph 118 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

119.    In response to the allegations in Paragraph 119 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

120.    In response to the allegations in Paragraph 120 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

121. In response to the allegations in Paragraph 121 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

122. In response to the allegations in Paragraph 122 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

123. In response to the allegations in Paragraph 123 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

124. In response to the allegations in Paragraph 124 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein, and therefore denies the same.

125. In response to the allegations in Paragraph 125 of the First Amended Complaint, this Paragraph is not subject to responsive pleading. To the extent a response is deemed to be required, Defendant denies.

126. Defendant denies the allegations in the first bullet of Paragraph 126 of the First Amended Complaint. In response to the remaining allegations in Paragraph 126, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

127. In response to the allegations in Paragraph 127 of the First Amended Complaint, Defendant denies.

128. In response to the allegations in Paragraph 128 of the First Amended Complaint, Defendant denies.

**17**

129.    In response to the allegations in Paragraph 129 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

130.    In response to the allegations in Paragraph 130 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

131.    In response to the allegations in Paragraph 131 of the First Amended Complaint, Defendant denies.

132.    In response to the allegations in Paragraph 132 of the First Amended Complaint, Defendant denies.

133.    In response to the allegations in Paragraph 133 of the First Amended Complaint, this Paragraph is not subject to responsive pleading.  To the extent a response is deemed to be required, Defendant denies.

134.    In response to the allegations in Paragraph 134 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

135.    In response to the allegations in Paragraph 135 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

136.    In response to the allegations in Paragraph 136 of the First Amended Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations therein and therefore denies the same.

## **RESPONSE TO PRAYER FOR RELIEF**

In response to the Prayer for Relief, Defendant denies that Plaintiff is entitled to any relief

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

from Defendant.

## DEMAND FOR JURY TRIAL; NONCONSENT TO
## JURY TRIAL BY BANKRUPTCY JUDGE

Defendant demands a trial by jury on all issues so triable. Defendant does not consent to a jury trial conducted by a bankruptcy judge.

## NON-CONSENT TO ENTRY OF FINAL ORDER
## OR JUDGMENT BY BANKRUPTCY JUDGE

All claims against Defendant are either non-core "related to" claims or so-called "Stern" claims that are core but which a bankruptcy judge does not have constitutional sanction to enter a final judgment or order absent the consent of the parties. *Stern v. Marshall*, 564 U.S. 462 (2011). Defendant does not consent to a bankruptcy judge entering a final judgement or order on any claim or issue for which a bankruptcy judge could not do so absent Defendant's consent.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof as to any matter on which Plaintiff bears such burden, and without waiving any of the specific denials set forth in the Answer above, Defendant states and alleges for its additional and affirmative defenses as follows:

1.    The First Amended Complaint fails to state a claim upon which relief can be granted.

2.    The First Amended Complaint is barred by the applicable statutes of limitations and/or repose.

3.    The claims in the First Amended Complaint do not relate back to the claims in any prior complaints.

4.    The First Amended Complaint is barred by the doctrine of unclean hands.

5.    The First Amended Complaint is barred by the doctrine of estoppel.

6.      The First Amended Complaint fails to plead fraud and other alleged intentional acts with sufficient particularity.

7.      Defendant acted reasonably and in good faith at all times.

8.      Plaintiff's claims are barred because of the exchange of reasonably equivalent value.

9.      Plaintiff failed to mitigate its alleged damages.

10.     Plaintiff's alleged damages claims are barred, in whole or in part, because it has suffered no damages or because the damages Plaintiff seeks are speculative and uncertain.

11.     Plaintiff's claims and alleged damages are barred by the doctrines of offset/setoff and recoupment.

12.     Plaintiff's damages, if any, were caused by persons other than Defendant and beyond Defendant's control.

13.     Plaintiff lacks standing to pursue the claims at issue.

14.     The First Amended Complaint is barred by the doctrine of laches.

15.     The First Amended Complaint is barred by the doctrine of *in pari delicto*.

16.     The First Amended Complaint is barred by the doctrine of waiver.

17.     Upon information and belief, and pending an opportunity for complete discovery, the debtor was not insolvent at the time of the transfers at issue.

18.     Upon information and belief, and pending an opportunity for complete discovery, engaging in the transfers at issue did not render the debtor with unreasonably small capital.

19.     Upon information and belief, and pending an opportunity for complete discovery, the debtor did not intend to hinder, defraud or delay payment to creditors by virtue of the transfers at issue.

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

20.    Upon information and belief, and pending an opportunity for complete discovery, the debtor did not intend to incur or believe it would incur debt following the transfers at issue that would be beyond the debtor's ability to pay as such debts matured.

21.    Defendant took any transfers at issue for value, including satisfaction or securing of a present or antecedent debt, in good faith, and without knowledge or notice of any fraud and/or the voidability of any transfers at issue.

22.    Plaintiff's claims are barred because recovery of the alleged transfers will have no benefit for the estate as required by Section 550 of the Bankruptcy Code.

23.    Plaintiff's claims are barred for lack of standing because Plaintiff has failed to adequately identify an unsecured creditor with an allowable claim whose standing Plaintiff may use to sue Defendant.

24.    Plaintiff's claims are barred because the transactions at issue in the First Amended Complaint were commercially reasonable.

25.    The First Amended Complaint is barred due to Plaintiff's failure to join one or more necessary and indispensable parties.

26.    In addition to the additional and/or affirmative defenses set forth above, Defendant reserves the right to assert any other defenses of which it becomes aware in the course of discovery.

/

/

/

/

/

/

/

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

1    **WHEREFORE**, Defendant prays for the order and judgment of this Court in its favor and against

2    Plaintiff as follows:

3          (1)    Dismissing the First Amended Complaint and each cause of action therein in its

4    entirety and with prejudice;

5          (2)    Awarding Defendant its costs and disbursements and reasonable attorneys' fees;

6    and

7          (3)    Granting Defendant such other and further relief as the Court may deem just and

8    equitable.

9

10

11   Dated:  December 21, 2018                    KELLER & BENVENUTTI LLP

12                                                By:      */s/ Tobias S. Keller*
                                                  Tobias S. Keller
13
                                                  Attorneys for ELECTRO OPTICAL INDUSTRIES,
14                                                INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 California Street, Suite 1900, San Francisco, CA 94108

A true and correct copy of the foregoing document entitled (*specify*):  DISCLOSURE STATEMENT OF DEFENDANT
ELECTRO OPTICAL INDUSTRIES, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1
AND
ANSWER OF DEFENDANT ELECTRO OPTICAL INDUSTRIES, INC. TO FIRST AMENDED COMPLAINT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
12/21/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  12/21/2018____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.
   Hon. Deborah J. Saltzman
   U.S. Bankruptcy Court
   Roybal Federal Building
   255 E. Temple Street, Suite 1634

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/21/2019 | Jessica Mendoza | /s/ Jessica Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **Peter J Benvenutti**    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Cheryl S Chang**    Chang@Blankrome.com, Hno@BlankRome.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Ian Landsberg**    ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- **Andrew B Levin**    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Christian A Orozco**    , thooker@lynnllp.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov