| | |
|---|---|
| 1 | Miriam Strauss |
| 2 | Duff & Phelps |
| | 55 East 52nd Street, 31st Floor |
| 3 | New York, New York |
| | Phone: (212) 871-2000 |
| 4 | |
| 5 | Counsel for Defendant Duff & Phelps, LLC |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | No. 9:16-bk-11912-DS |
| CHANNEL TECHNOLOGIES GROUP, LLC, | Chapter 11 |
| Debtor. | |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC, | Adv. No. 9:18-ap-01058-DS |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| vs. | |
| BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS L.P., BW PIEZO HOLDINGS, LLC, FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE PARTNERS II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A., | |
| Defendants. | |

Defendant Duff & Phelps, LLC ("Defendant") hereby enters into this stipulation as follows:

1. Plaintiff Corporate Recovery Associates, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC ("Plaintiff") commenced this adversary case on October 12, 2018, and filed a First Amended Complaint on November 5, 2018. (Docket No. 9.)

2. The current deadline for Defendant to respond to the First Amended Complaint is January 7, 2019.

3. Defendant has requested, and Plaintiff has agreed to extend Defendant's time to respond to the complaint in this action to January 11, 2019.

NOW, THEREFORE, the parties and counsel respectfully request the Court continue the deadline to file a response to the adversary complaint for each of the Defendant to January 11, 2019.

DATED: January 7, 2019        DUFF & PHELPS

By: */s/ Miriam Strauss*
Miriam Strauss

Counsel for Defendant Duff & Phelps, LLC

DATED: January 7, 2019        LYNN PINKER COX HURST

By */s/ Jason Dennis*
Jason Dennis

Attorneys for Plaintiff

- 1 -

STIPULATION EXTENDING TIME

US_ACTIVE-143934912.1-CORIVAS