FILED & ENTERED

MAY 31 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>　　　　　　　Debtor.<br>_____<br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS, L.P., BW PIEZO HOLDINGS, LLC, FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE PARTNERS II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, AND CIT BANK, N.A.,<br>　　　　　　　Defendants. | Case No. 9:16-bk-11912-DS<br><br>Adversary No. 9:18-ap-01058-DS<br><br>Chapter 11<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br><br><br><br><br><br><br>Date:　March 18, 2019<br>Time:　3:00 p.m.<br>Place:　Courtroom 201<br>　　　　1415 State Street<br>　　　　Santa Barbara, CA 93101 |

Based upon the findings of fact and conclusions of law contained in the Memorandum Decision Re Defendants' Motions to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.Civ.P. 12(b)(6) ("Memorandum Decision") of even date herewith, it is

ORDERED that the Motion to Dismiss Claims Against Grant Thornton LLP in the First Amended Complaint for (1) Avoidance of Actual Fraudulent Transfer Under 11 U.S.C. § 548(a)(1)(A) and 550(a); (2) Avoidance of Constructive Fraudulent Transfer Under 11 U.S.C. § 548(a)(1)(B); (3) Actual Fraud; (4) Constructive Fraud; (5) Unjust Enrichment; and (6) Conversion is granted with leave to amend; and it is further

ORDERED that the Motion of Defendants Fidus Investment Corporation, Fidus Mezzanine Capital II, L.P., Avante Mezzanine Partners SBIC, LP, Avante Mezzanine Partners II, Inc. to Dismiss the First Amended Complaint is granted with leave to amend; and it is further

ORDERED that the Motion to Dismiss Claims Against Defendants CTG Advanced Materials, LLC and CTS Corporation in the First Amended Complaint is granted with leave to amend; and it is further

ORDERED that the Motion to Dismiss the First Amended Complaint by Defendants, Blue Wolf Capital Partners, LLC, Blue Wolf Capital Fund II, L.P., Blue Wolf Capital Advisors L.P., and BW Piezo Holdings, LLC is granted with leave to amend; and it is further

ORDERED that Plaintiff, Corporate Recovery Associates, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC, must file and serve a Second Amended Complaint not later than June 28, 2019, to cure the deficiencies set forth in the Memorandum Decision; and it is further

///

///

///

///

///

ORDERED that the Defendants must file and serve a response to the Second Amended Complaint not later than August 2, 2019.

### 

Date: May 31, 2019

Peter H. Carroll
United States Bankruptcy Judge

3