| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Brian L. Davidoff (SBN 102654);**<br>**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**<br>**2049 Century Park East; Suite 2600**<br>**Los Angeles, CA 90067**<br>**T: 310 553-3610    F: 310 553-0687**<br>**E: bdavidoff@greenbergglusker.com**<br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | CHAPTER |
|---|---|
| Debtor(s), | CASE NUMBER |
| Plaintiff(s),<br>vs.<br>Debtor(s). | ☒ ADVERSARY NUMBER (if applicable)<br>☒ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I,    **Brian L. Davidoff**          **SBN 102654**          **bdavidoff@greenbergglusker.com**
         *Name*                       *Bar ID Number*            *E-Mail Address*

☐ am **counsel of record** or
   ☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____
_____

☒ am **counsel of record** or
   ☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address    **2049 Century Park East; Suite 2600; Los Angeles, CA 90067**
New Telephone Number _____    New Facsimile Number _____
New E-Mail Address _____

---

(September 2009)                       Notice of Change of Address or Law Firm
00101-00002/3744943.1

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☒ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☐ **TO BE TERMINATED FROM THE CASE:**\*\*
  ☐ I am, or
  ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note:** Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ☐ The order relieving me/the aforementioned attorney from my firm was entered on: _____
  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ☐ I am, or
  ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: **March 23, 2020**        */s/ Brian L. Davidoff*
                                 Signature of Present Attorney
                                 **Brian L. Davidoff (SBN 102654)**

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

## ATTACHMENT TO NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM

**Attorney Brian L. Davidoff's Pending Cases in the United States Bankruptcy Court Central District of California**

| Case Name | Case /Adversary No. | Representing |
|---|---|---|
| Art & Architecture Books of the 21st Century | 2-13-bk-14135-RK | 400 S. La Brea, LLC, Daryoush Dayan, Kamran Gharibian and Michael D. Smith |
| Sam Leslie v. Ace Gallery New York Corp, et al. | 2:15-ap-01679-RK Consolidated with: 14-ap-01771-RK | 400 S. La Brea, LLC, Daryoush Dayan, Kamran Gharibian and Michael D. Smith |
| Winters-Schram & Associates | 1:19-bk-11777-VK | Ziad Ghandour and 547 PBR LLC |
| L. Scott Apparel, Inc. | 2:13-bk-26021-RK | Howard Grobstein as Liquidating Trustee of L. Scott Apparel Inc. Bankruptcy Liquidating Trust |
| Howard Grobstein v. Lowell S. Sharron, et al. | 2:15-ap-01122-RK | Howard Grobstein as Liquidating Trustee of L. Scott Apparel Inc. Bankruptcy Liquidating Trust |
| American Solar Direct, Inc. | 2:17-bk-16804-BR | Adenium Energy Capital, Ltd. |
| Richard K. Diamond V. American Solar Direct, Inc. | 2:19-ap-01158-BR | Adenium Energy Capital, Ltd. |
| Prototype Engineering & Manufacturing, Inc. | 2:17-bk-21018-RK | Bahram Bordbar and Malahat Bordbar, individually and as Trustees of the Bordbar Family Trust, Sara Bordbar, and Leya Technologies, LLC |
| Wesley H. Avery v. Leya Technologies, LLC, et al. | 2:19-ap-01332-RK | Bahram Bordbar and Malahat Bordbar, individually and as Trustees of the Bordbar Family Trust, Sara Bordbar, and Leya Technologies, LLC |
| Orbbo Surgical LLC | 2:19-bk-10632-VZ | VennWest Global Technologies, Inc. |
| Freedom Communications, Inc. | 8:15-bk-15311-MW | ACI Last Mile California, LLC |
| Paradigm International, Inc. | 8:18-bk-14623-SC | Acme United Corp. |
| Ultimate Brands, Inc. | 8:19-bk-12516-TA | 660 BVD, LLC |
| Channel Technologies Group, LLC | 9:16-bk-11912-DS | Fidus Investment Corporation, Fidus Mezzanine; Capital II, L.P., Avante Mezzanine Partners SBIC, LP; and Avante Mezzanine Partners II, Inc. |
| Corporate Recovery Associates, LLC v.. Blue Wolf Capital Partners, LLC, et al. | 9:18-AP-01058-DS | Fidus Investment Corporation, Fidus Mezzanine; Capital II, L.P., Avante Mezzanine Partners SBIC, LP; and Avante Mezzanine Partners II, Inc. |

| | | |
|---|---|---|
| Corporate Recovery Associates, LLC v.. Grant Thornton, LLP. | 9:19-ap-01019-DS | Fidus Investment Corporation, Fidus Mezzanine; Capital II, L.P., Avante Mezzanine Partners SBIC, LP; and Avante Mezzanine Partners II, Inc. |
| In re Dante Lorenzo Venegas | 2:18-bk-17826-BB | Dante Lorenzo Venegas |
| Dante Lorenzo Venegas v. Educational Credit Management Corporation | 2:18-ap-01462-BB | Dante Lorenzo Venegas |
| LGH Digital Media. Inc., dba Larson Studios | 2:19-bk-21075-ER | LGH Digital Media. Inc., dba Larson Studios |