Edward Jason Dennis
jdennis@lynnllp.com
Samuel B. Hardy
shardy@lynnllp.com
Eli Ness
California State Bar No. 311054
eness@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Special Litigation Counsel for Plaintiff

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re | § |
| | § ADV NO. 9:18-AP-01058-DS |
| CHANNEL TECHNOLOGIES GROUP, LLC, | § |
| *Debtor.* | § |
| | § |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC, | § NOTICE OF WITHDRAWAL OF DOCUMENT NO. 265 |
| *Plaintiff,* | § |
| v. | § |
| BLUE WOLF CAPITAL PARTNERS, LLC, *et al.*, | § |
| *Defendants.* | § |

**NOTICE OF WITHDRAWAL**

1

Plaintiff Corporate Recovery Associates, LLC, solely in its capacity as Trustee for the Liquidating Trust of Debtor Channel Technologies Group, LLC ("Plaintiff") files this Notice of Withdrawal of Joint Status Report, ECF No. 265.

Dated: August 20, 2020

Respectfully submitted,

_____
Edward Jason Dennis
jdennis@lynnllp.com
Samuel B. Hardy
shardy@lynnllp.com
Eli Ness
California State Bar No. 311054
eness@lynnllp.com
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

**Special Litigation Counsel for Corporate Recovery Associates, LLC, Trustee for the Liquidating Trust of Debtor Channel Technologies Group, LLC**

# PROOF OF SERVICE

**STATE OF TEXAS, COUNTY OF DALLAS**

I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the within action; my business address is 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201.

On August 20, 2020, I caused the document described below as **NOTICE OF WITHDRAWAL OF DOCUMENT NO. 265** to be served on all interested parties in this action via email:

## SEE ATTACHED SERVICE LIST

[] **(BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Dallas, Texas. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **(BY OVERNIGHT-FEDERAL EXPRESS)** I caused said document(s) to be picked up by U.S. Federal Express Services for overnight delivery to the offices of the addressees listed on the Service List.

[] **(BY PERSONAL SERVICE)** I caused to be delivered such document by hand to the above-identified recipient through the use of First Legal Attorney Service whose address is: 1517 West Beverly Boulevard, Los Angeles, CA 90026, and whose telephone number is (213) 250-1111.

[] **(BY FACSIMILE)** I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

**[XX] (BY ELECTRONIC MAIL)** I caused said document(s) to be served via electronic transmission to each addressee's electronic mail address(es) as noted on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 20, 2020, at Dallas, Texas.

_____
Emily Burch

# SERVICE LIST

**United States Bankruptcy Court – Central District of California**
**Northern Division**
**Case No. 9:18-AP-01058-DS**
**Our File No. 03349.801**

## Served By The Court Via Notice Of Electronic Filing ("NEF")

- **Keith Patrick Banner** kbanner@greenbergglusker.com; sharper@greenbergglusker.com; calendar@greenbergglusker.com
- **Peter J. Benvenutti** pbenvenutti@kellerbenvenutti.com; pjbenven74@yahoo.com
- **Jonathan Boustani** jboustani@btlaw.com
- **Cheryl S. Chang** Chang@BlankRome.com; Hno@BlankRome.com
- **Brian L. Davidoff** bdavidoff@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- **Edward J. Dennis** eburch@lynnllp.com
- **Tobias S. Keller** tkeller@kellerbenvenutti.com
- **Ian Landsberg** ilandsberg@sklarkirsh.com; lskaist@sklarkirsh.com; yalarcon@sklarkirsh.com; **ilandsberg@ecf.inforuptcy.com**
- **Andrew B. Levin** alevin@wcghlaw.com; Meir@virtualparalegalservices.com; pj@wcghlaw.com; jmartinez@wcghlaw.com
- **Christopher O. Rivas** crivas@reedsmith.com; chris-rivas-8658@ecf.pacerpro.com
- **Howard Steinberg** steinbergh@gtlaw.com; pearsallt@gtlaw.com; laik@gtlaw.com
- **David A. Taylor** david@tayloerstrategic.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Douglas R. Gooding** dgooding@choate.com
- **Jonathan D. Marshall** jmarshall@choate.com
- **Michelle Yoshida** MYoshida@phillipsadr.com