GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN CA 89291)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Email: steinbergh@gtlaw.com
Attorneys for Defendants
BLUE WOLF CAPITAL PARTNERS, LLC
BLUE WOLF CAPITAL FUND II, L.P.
BLUE WOLF CAPITAL ADVISORS L.P.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

In re

CHANNEL TECHNOLOGIES GROUP, LLC,

    Debtor.

---

CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,

    Plaintiffs.

v.

BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS, L.P., FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL, II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A.,

    Defendants.

CASE NO. 9:16-bk-11912-DS

Chapter 11

Adv. No. 9:18-ap-01058-DS

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY; [PROPOSED] ORDER**

DATE:    April 21, 2021
TIME:    11:30 a.m.
PLACE:    Courtroom 201

Defendants Blue Wolf Capital Partners, LLC, Blue Wolf Capital Fund II, L.P., and Blue Wolf Capital Advisors, L.P. and Plaintiff Corporate Recovery Associates, LLC (collectively, "the Parties"), by and through undersigned counsel of record, hereby stipulate to continue the currently set status hearing and hearing on Motion to Compel Further Responses to Discovery from March 10, 2021 at 11:30 a.m. to April 21, 2021 at 11:30 a.m.  The deadline for the Parties to file a joint stipulation of disputed issues is now April 16, 2021 by 5 p.m.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED:  March 5, 2021         GREENBERG TAURIG, LLP


By /s/ Howard J. Steinberg
Howard J. Steinberg
Attorneys for Defendants
BLUE WOLF CAPITAL PARTNERS, LLC
BLUE WOLF CAPITAL FUND II, L.P.
BLUE WOLF CAPITAL ADVISORS L.P.


DATED: March 5, 2021         LYNN PINKER HURST & SCHWEGMANN, LLP

/s/
Edward Jason Dennis
Special Litigation Counsel for
Corporate Recovery Associates, LLC,
Trustee for the Liquidating Trust of
Debtor Channel Technologies Group, LLC

## **PROPOSED ORDER**

The Court, having considered the parties' Second Joint Stipulation to Continue the status hearing and hearing on Motion to Compel Further Responses to Discovery, good cause appearing therefor, hereby orders that:

The Status Hearing in this action is continued to April 21, 2021 at 11:30 a.m. The Parties shall file a joint stipulation of disputed issues on April 16, 2021 by 5 p.m.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Greenberg Traurig, LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): _____
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO COMPEL
FURTHER RESPONSES TO DISCOVERY; [PROPOSED] ORDER
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/05/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/05/2021 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## PROOF OF SERVICE OF DOCUMENT

## ATTACHMENT PAGE

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- **Jonathan Boustani**     jboustani@btlaw.com
- **Cheryl S Chang**     Chang@Blankrome.com, Hno@BlankRome.com
- **Edward J Dennis**     , eburch@lynnllp.com;srusso@lynnllp.com
- **Craig N Haring**     charing@blankrome.com
- **Paul J Laurin**     plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Andrew B Levin**     alevin@wcghlaw.com, Meir@virtualparalegalservices.com; pj@wcghlaw.com; jmartinez@wcghlaw.com
- **Christian A Orozco**     christian.a.orozco@usdoj.gov
- **Christopher O Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Howard Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com; laik@gtlaw.com
- **United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov

*ACTIVE 53853599v1*