United States Bankruptcy Court

Central District of California

Corporate Recovery Associates, LLC,
    Plaintiff

Adv. Proc. No. 18-01058-DS

Blue Wolf Capital Partners, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 2
Date Rcvd: Mar 09, 2021      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Adrian Garcia, 2100 Ross Avenue, Ste 2700, Dallas, TX 75201-7919 |
| aty | + | Sam Butler Hardy IV, 2100 Ross Avenue, Ste.2700, Dallas, TX 75201-7919 |
| pla | + | Corporate Recovery Associates, LLC, 3830 Valley Centre Drive, Suite 705-152, San Diego, CA 92130-3320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Barira Munshi |
| dft | | BW Piezo Holdings, LLC |
| dft | | Blue Wolf Capial Fund II, L.P. |
| dft | | Blue Wolf Capital Advisors L.P. |
| dft | | Blue Wolf Capital Partners, LLC |
| dft | | CIT BANK, N.A. |
| dft | | CTG Advanced Materials, LLC |
| dft | | CTS Corporation |
| dft | | Duff & Phelps |
| dft | | Gladstone Investment Corporation |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed

Case 9:18-ap-01058-DS    Doc 303    Filed 03/11/21    Entered 03/11/21 22:06:11    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: pdf031 | Total Noticed: 3 |

**below:**

| Name | Email Address |
|---|---|
| Andrew B Levin | on behalf of Plaintiff Corporate Recovery Associates  LLC alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com |
| Cheryl S Chang | on behalf of Defendant Gladstone Investment Corporation Chang@Blankrome.com  Hno@BlankRome.com |
| Christian A Orozco | on behalf of Plaintiff Corporate Recovery Associates  LLC christian.a.orozco@usdoj.gov |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capital Advisors L.P. crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capial Fund II  L.P. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant BW Piezo Holdings  LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Duff & Phelps crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capital Partners  LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Craig N Haring | on behalf of Defendant Gladstone Investment Corporation charing@blankrome.com |
| Edward J Dennis | on behalf of Plaintiff Corporate Recovery Associates  LLC , eburch@lynnllp.com;srusso@lynnllp.com |
| Howard Steinberg | on behalf of Defendant BW Piezo Holdings  LLC steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capial Fund II  L.P. steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capital Partners  LLC steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capital Advisors L.P. steinbergh@gtlaw.com  pearsallt@gtlaw.com;laik@gtlaw.com |
| Jonathan Boustani | on behalf of Defendant CTS Corporation jboustani@btlaw.com |
| Jonathan Boustani | on behalf of Defendant CTG Advanced Materials  LLC jboustani@btlaw.com |
| Paul J Laurin | on behalf of Defendant CTS Corporation plaurin@btlaw.com  slmoore@btlaw.com;jboustani@btlaw.com |
| Paul J Laurin | on behalf of Defendant CTG Advanced Materials  LLC plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 19

GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN CA 89291)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Email: steinbergh@gtlaw.com
Attorneys for Defendants
BLUE WOLF CAPITAL PARTNERS, LLC
BLUE WOLF CAPITAL FUND II, L.P.
BLUE WOLF CAPITAL ADVISORS L.P.

**FILED & ENTERED**

MAR 09 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor.<br>_____<br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>    Plaintiffs.<br><br>v.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS, L.P., FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL, II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A.,    Defendants. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>Adv. No. 9:18-ap-01058-DS<br><br><br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY** |

The court having reviewed and considered the "Joint Stipulation to Continue Status Conference and Hearing on Motion to Compel Further Responses to Discovery" (the "Stipulation," Docket No. 298), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved. The status conference originally set for March 10, 2021 at 11:30 a.m. is continued to April 21, 2021 at 11:30 a.m.

IT IS FURTHER ORDERED that the deadline to file a joint stipulation of disputed issues is April 16, 2021 at 5:00 p.m.

###

Date: March 9, 2021

Deborah J. Saltzman
United States Bankruptcy Judge