United States Bankruptcy Court

Central District of California

Corporate Recovery Associates, LLC,
    Plaintiff

Adv. Proc. No. 18-01058-DS

Blue Wolf Capital Partners, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: bhandyC      Page 1 of 2
Date Rcvd: Mar 30, 2021      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Adrian Garcia, 2100 Ross Avenue, Ste 2700, Dallas, TX 75201-7919 |
| aty | + | Sam Butler Hardy IV, 2100 Ross Avenue, Ste.2700, Dallas, TX 75201-7919 |
| pla | + | Corporate Recovery Associates, LLC, 3830 Valley Centre Drive, Suite 705-152, San Diego, CA 92130-3320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Barira Munshi |
| dft | | BW Piezo Holdings, LLC |
| dft | | Blue Wolf Capial Fund II, L.P. |
| dft | | Blue Wolf Capital Advisors L.P. |
| dft | | Blue Wolf Capital Partners, LLC |
| dft | | CIT BANK, N.A. |
| dft | | CTG Advanced Materials, LLC |
| dft | | CTS Corporation |
| dft | | Duff & Phelps |
| dft | | Gladstone Investment Corporation |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed

District/off: 0973-9      User: bhandyC      Page 2 of 2
Date Rcvd: Mar 30, 2021      Form ID: pdf031      Total Noticed: 3

**below:**

| Name | Email Address |
|---|---|
| Andrew B Levin | on behalf of Plaintiff Corporate Recovery Associates  LLC alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com |
| Cheryl S Chang | on behalf of Defendant Gladstone Investment Corporation Chang@Blankrome.com  Hno@BlankRome.com |
| Christian A Orozco | on behalf of Plaintiff Corporate Recovery Associates  LLC christian.a.orozco@usdoj.gov |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capital Advisors L.P. crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capial Fund II  L.P. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant BW Piezo Holdings  LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Duff & Phelps crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capital Partners  LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Craig N Haring | on behalf of Defendant Gladstone Investment Corporation charing@blankrome.com |
| Edward J Dennis | on behalf of Plaintiff Corporate Recovery Associates  LLC , eburch@lynnllp.com;srusso@lynnllp.com |
| Howard Steinberg | on behalf of Defendant BW Piezo Holdings  LLC steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capial Fund II  L.P. steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capital Partners  LLC steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capital Advisors L.P. steinbergh@gtlaw.com  pearsallt@gtlaw.com;laik@gtlaw.com |
| Jonathan Boustani | on behalf of Defendant CTS Corporation jboustani@btlaw.com |
| Jonathan Boustani | on behalf of Defendant CTG Advanced Materials  LLC jboustani@btlaw.com |
| Paul J Laurin | on behalf of Defendant CTS Corporation plaurin@btlaw.com  slmoore@btlaw.com;jboustani@btlaw.com |
| Paul J Laurin | on behalf of Defendant CTG Advanced Materials  LLC plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 19

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>    Debtor.<br>_____<br>CORPORATE RECOVERY ASSOCIATES, LLC<br><br>    Plaintiff.<br>vs.<br><br>BLUE WOLF CAPITAL FUND II, LP., et al.<br><br>    Defendants. | Bk. No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>Adv. No. 9:18-ap-01058-DS<br><br>NOTICE OF RESCHEDULED HEARING<br><br>**NEW DATE:**  April 27, 2021<br>TIME:            11:30 AM<br>PLACE:          Courtroom 201<br>                       1415 State Street<br>                       Santa Barbara, CA 93101 |

Notice is hereby given that the Status Conference, previously set for April 21, 2021, at 11:30 a.m., has been rescheduled to **April 27, 2021 at 11:30am,** before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, originating from Courtroom 201, 1415 State Street, Santa Barbara, California 93101. The hearing will be held via ZoomGov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the Court's public calendar for Judge Saltzman, accessible on the court's website.

DATED: _3/30/2021_____                    By: __/s/  Brad Handy_____
                                                                              Deputy Clerk, U.S. Bankruptcy Court

-1-