

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA221378
Cashier ID: dtcash
Transaction Date: 04/21/2021
Payer Name: Advanced Microsystems

PRO HAC VICE
 For: Barira Munshi
 Case/Party: D-CAC-2-21-AT-002021-001
 Amount:         $500.00

CHECK
 Check/Money Order Num: 91000
 Amt Tendered: $500.00

Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00

Lyon Pinker Hurst & Schwegmann LLP
100 Ross Ave, Suite 2700
Dallas, TX 75201

Barira Munshi

18bk11912-DS
18ap1058DS

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```