| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREENBERG TRAURIG, LLP<br>Howard J. Steinberg (SBN CA 89291)<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br>Email:  steinbergh@gtlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendants<br>BLUE WOLF CAPITAL PARTNERS, LLC<br>BLUE WOLF CAPITAL FUND II, L.P.<br>BLUE WOLF CAPITAL ADVISORS L.P. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor(s). | CASE NO.:  9:16-bk-11912-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 9:18-ap-01058-DS |
|---|---|
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC<br><br>Plaintiff(s),<br><br>vs.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS, L.P., FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL, II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A,<br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: Joint Stipulation To Continue Status Conference and Hearing on Motion to Compel Further Responses to Discovery** |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY (Local Bankruptcy Rule 7026-1(c)(3))</u> was lodged on <u>April 26, 2021</u> and is attached.  This order relates to the motion which is docket number 318.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*
ACTIVE 55719365v1

Page 1

**F 9021-1.2.ADV.NOTICE.LODGMENT**

**ATTACHMENT**

GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN CA 89291)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Email: steinbergh@gtlaw.com
Attorneys for Defendants
BLUE WOLF CAPITAL PARTNERS, LLC
BLUE WOLF CAPITAL FUND II, L.P.
BLUE WOLF CAPITAL ADVISORS L.P.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>    Debtor.<br><br>---<br><br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>    Plaintiffs.<br><br>v.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS, L.P., FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL, II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A.,<br><br>    Defendants. | CASE NO. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>Adv. No. 9:18-ap-01058-DS<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>DATE:   May 11, 2021<br>TIME:   11:30 a.m.<br>PLACE:  Courtroom 201 |

1   The Court, having considered the parties' Joint Stipulation to Continue the status hearing and Hearing on Motion to Compel Further Responses to Discovery (the "Stipulation," Docket No. ___), good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved. The Status Hearing originally scheduled for March 10, 2021, at 11:30 a.m. is continued to May 11, 2021 at 11:30 a.m.

IT IS FURTHER ORDERED that the Hearing on Motion to Compel Further Responses to Discovery in this action is continued to May 11, 2021 at 11:30 a.m.

###

ACTIVE 56923944v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1840 Century Park East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonatan Boustani**     jboustani@btlaw.com
- **Cheryl S Chang**     Chang@Blankrome.com, Hno@BlankRome.com
- **Edward J Dennis**   eburch@lynnllp.com;srusso@lynnllp.com
- **Craig N Haring**     charing@blankrome.com
- **Paul J Laurin**     plaurin@btlaw.com, slmoore@btlaw.com; jboustani@btlaw.com
- **Andrew B Levin**     alevin@wcghlaw.com, Meir@virtualparalegalservices.com; pj@wcghlaw.com; jmartinez@wcghlaw.com
- **Christian A Orozco**     christian.a.orozco@usdoj.gov
- **Christopher O Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Howard Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com; laik@gtlaw.com
- **United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 26, 2021 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.