United States Bankruptcy Court

Central District of California

Corporate Recovery Associates, LLC,
    Plaintiff

Blue Wolf Capital Partners, LLC,
    Defendant

Adv. Proc. No. 18-01058-DS

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 2
Date Rcvd: Jul 16, 2021      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Adrian Garcia, 2100 Ross Avenue, Ste 2700, Dallas, TX 75201-7919 |
| aty | + | Sam Butler Hardy IV, 2100 Ross Avenue, Ste.2700, Dallas, TX 75201-7919 |
| pla | + | Corporate Recovery Associates, LLC, 3830 Valley Centre Drive, Suite 705-152, San Diego, CA 92130-3320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Barira Munshi |
| dft | | BW Piezo Holdings, LLC |
| dft | | Blue Wolf Capial Fund II, L.P. |
| dft | | Blue Wolf Capital Advisors L.P. |
| dft | | Blue Wolf Capital Partners, LLC |
| dft | | CIT BANK, N.A. |
| dft | | CTG Advanced Materials, LLC |
| dft | | CTS Corporation |
| intp | | Courtesy NEF |
| dft | | Duff & Phelps |
| dft | | Gladstone Investment Corporation |

TOTAL: 11 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 16, 2021 | Form ID: pdf031 | Total Noticed: 3 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Levin | on behalf of Plaintiff Corporate Recovery Associates  LLC ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com |
| Cheryl S Chang | on behalf of Defendant Gladstone Investment Corporation Chang@Blankrome.com  Hno@BlankRome.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capital Advisors L.P. crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capial Fund II  L.P. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant BW Piezo Holdings  LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Duff & Phelps crivas@reedsmith.com  chris-rivas-8658@ecf.pacerpro.com |
| Christopher O Rivas | on behalf of Defendant Blue Wolf Capital Partners  LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Craig N Haring | on behalf of Defendant Gladstone Investment Corporation charing@blankrome.com |
| Edward J Dennis | on behalf of Plaintiff Corporate Recovery Associates  LLC , eburch@lynnllp.com;srusso@lynnllp.com |
| Eliyahu Ness | on behalf of Plaintiff Corporate Recovery Associates  LLC eli_ness@outlook.com |
| Felicita A Torres | on behalf of Interested Party Courtesy NEF torres@g-tlaw.com |
| Howard Steinberg | on behalf of Defendant BW Piezo Holdings  LLC steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capial Fund II  L.P. steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capital Partners  LLC steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Howard Steinberg | on behalf of Defendant Blue Wolf Capital Advisors L.P. steinbergh@gtlaw.com  pearsallt@gtlaw.com |
| Jonathan Boustani | on behalf of Defendant CTS Corporation jboustani@btlaw.com |
| Jonathan Boustani | on behalf of Defendant CTG Advanced Materials  LLC jboustani@btlaw.com |
| Paul J Laurin | on behalf of Defendant CTS Corporation plaurin@btlaw.com  slmoore@btlaw.com;jboustani@btlaw.com |
| Paul J Laurin | on behalf of Defendant CTG Advanced Materials  LLC plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 20

**FILED & ENTERED**

JUL 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor.<br><hr>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., GLADSTONE INVESTMENT CORPORATION, BLUE WOLF CAPITAL ADVISORS, L.P. FIDUS INVESTMENT CORPORATION, FIDUS MEZZANINE CAPITAL II, L.P., AVANTE MEZZANINE PARTNERS SBIC, LP, AVANTE MEZZANINE II, INC., PENGDI HAN, DHAN, LLC, GRANT THORNTON, LLP, CTG ADVANCED MATERIALS, LLC, CTS CORPORATION, ELECTRO OPTICAL INDUSTRIES, DUFF & PHELPS, and CIT BANK, N.A.,<br><br>Defendants. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>Adv. No. 9:18-ap-01058-DS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION BY DEFENDANTS BLUE WOLF CAPITAL PARTNERS, LLC, BLUE WOLF CAPITAL FUND II, L.P., AND BLUE WOLF CAPITAL ADVISORS, L.P. TO COMPEL FURTHER RESPONSES FROM PLAINTIFF TRUSTEE TO REQUESTS FOR PRODUCTION OF DOCUMENTS; INTERROGATORIES; AND REQUESTS FOR ADMISSIONS**<br><br>Hearing:<br>Date:    July 12, 2021<br>Time:    11:30 a.m.<br>Location: Courtroom 201<br>         1415 State Street<br>         Santa Barbara, CA 93101 |

-1-

A hearing was held at the above time and place on the "Motion by Defendants Blue Wolf Capital Partners, LLC, Blue Wolf Capital Fund II, L.P., and Blue Wolf Capital Advisors, L.P. to Compel Further Responses from Plaintiff Trustee to Requests for Production of Documents; Interrogatories; and Requests for Admissions" (the "Motion," Docket No. 316). Appearances were noted on the record.

The court has reviewed and considered the Motion, the record in this proceeding, and the statements of counsel made on the record. For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is granted in part and denied in part as follows:

| Request | Ruling |
|---|---|
| RFP #1 | DENY |
| RFP #2 | DENY |
| RFP #3 | DENY |
| RFP #4 | DENY |
| RFP #5 | DENY |
| RFP #6 | DENY |
| RFP #7 | DENY |
| RFP #8 | DENY |
| RFP #9 | DENY |
| RFP #10 | DENY |
| RFP #11 | DENY |
| RFP #12 | DENY |
| RFP #13 | DENY |
| RFP #14 | DENY |
| RFP #15 | DENY |
| RFP #16 | DENY |

| | | |
|---|---|---|
| 1 | RFP #17 | DENY |
| 2 | RFP #18 | DENY |
| 3 | RFP #19 | DENY |
| 4 | RFP #20 | DENY |
| 5 | RFP #21 | DENY |
| 6 | RFP #22 | DENY |
| 7 | RFP #23 | DENY |
| 8 | RFP #24 | DENY |
| 9 | RFP #25 | DENY |
| 10 | RFP #26 | DENY |
| 11 | RFP #27 | DENY |
| 12 | RFP #28 | DENY |
| 13 | RFP #29 | DENY |
| 14 | RFP #30 | DENY |
| 15 | RFP #31 | DENY |
| 16 | RFP #32 | DENY |
| 17 | RFP #33 | DENY |
| 18 | RFP #34 | DENY |
| 19 | RFP #35 | DENY |
| 20 | RFP #36 | DENY |
| 21 | RFP #37 | DENY |
| 22 | RFP #38 | DENY |
| 23 | RFP #39 | DENY |
| 24 | RFP #40 | DENY |
| 25 | RFP #41 | DENY |
| 26 | RFP #42 | DENY |
| 27 | RFP #43 | DENY |
| 28 | RFP #44 | DENY |

| | | |
|---|---|---|
| 1 | RFP #45 | DENY |
| 2 | RFP #46 | DENY |
| 3 | RFP #47 | DENY |
| 4 | RFP #48 | DENY |
| 5 | RFP #49 | DENY |
| 6 | RFP #50 | DENY |
| 7 | RFP #51 | GRANT |
| 8 | RFP #52 | GRANT |
| 9 | RFP #53 | GRANT |
| 10 | RFP #54 | GRANT |
| 11 | RFP #55 | GRANT |
| 12 | RFP #56 | GRANT |
| 13 | RFP #57 | GRANT |
| 14 | RFP #58 | GRANT |
| 15 | RFP #59 | GRANT |
| 16 | RFP #60 | GRANT |
| 17 | RFP #61 | GRANT |
| 18 | RFP #62 | GRANT |
| 19 | RFP #63 | GRANT |
| 20 | RFP #64 | DENY |
| 21 | RFP #65 | DENY |
| 22 | RFP #66 | DENY |
| 23 | RFP #67 | DENY |
| 24 | RFP #68 | DENY |
| 25 | RFP #69 | DENY |
| 26 | RFP #71 | DENY |
| 27 | RFP #72 | DENY |
| 28 | RFP #73 | DENY |

| | | |
|---|---|---|
| 1 | RFP #74 | DENY |
| 2 | RFP #75 | DENY |
| 3 | RFP #76 | DENY |
| 4 | RFP #77 | DENY |
| 5 | RFP #78 | DENY |
| 6 | RFP #79 | DENY |
| 7 | RFP #80 | DENY |
| 8 | RFP #81 | DENY |
| 9 | RFP #82 | DENY |
| 10 | RFP #83 | DENY |
| 11 | RFP #84 | DENY |
| 12 | RFP #85 | DENY |
| 13 | RFP #86 | DENY |
| 14 | RFP #87 | DENY |
| 15 | RFP #88 | DENY |
| 16 | RFP #89 | DENY |
| 17 | RFP #90 | DENY |
| 18 | RFP #91 | DENY |
| 19 | RFP #92 | DENY |
| 20 | RFP #93 | DENY |
| 21 | RFP #94 | DENY |
| 22 | RFP #101 | DENY |
| 23 | RFP #102 | DENY |
| 24 | RFP #103 | DENY |
| 25 | RFP #106 | DENY |
| 26 | RFP #107 | DENY |
| 27 | RFP #108 | DENY |
| 28 | RFP #109 | DENY |

| | | |
|---|---|---|
| 1 | RFP #110 | DENY |
| 2 | RFP #111 | DENY |
| 3 | RFP #112 | DENY |
| 4 | RFP #113 | DENY |
| 5 | RFP #114 | DENY |
| 6 | RFP #115 | DENY |
| 7 | RFP #116 | DENY |
| 8 | RFP #117 | DENY |
| 9 | RFP #118 | DENY |
| 10 | RFP #119 | DENY |
| 11 | RFP #120 | DENY |
| 12 | RFP #121 | DENY |
| 13 | RFP #122 | DENY |
| 14 | RFP #124 | GRANT |
| 15 | RFP #125 | GRANT |
| 16 | RFP #126 | GRANT |
| 17 | RFP #127 | GRANT |
| 18 | RFP #128 | GRANT |
| 19 | RFP #129 | GRANT |
| 20 | RFP #130 | DENY |
| 21 | RFP #131 | DENY |
| 22 | RFP #132 | DENY |
| 23 | RFA #1 | DENY |
| 24 | RFA #2 | DENY |
| 25 | RFA #3 | DENY |
| 26 | RFA #4 | DENY |
| 27 | RFA #7 | DENY |
| 28 | RFA #8 | DENY |

| | | |
|---|---|---|
| 1 | RFA #9 | DENY |
| 2 | RFA #10 | DENY |
| 3 | RFA #11 | DENY |
| 4 | RFA #12 | DENY |
| 5 | RFA #13 | DENY |
| 6 | RFA #17 | GRANT |
| 7 | RFA #18 | GRANT |
| 8 | RFA #19 | GRANT |
| 9 | RFA #20 | GRANT |
| 10 | RFA #21 | GRANT |
| 11 | RFA #22 | GRANT |
| 12 | RFA #23 | GRANT |
| 13 | RFA #24 | GRANT |
| 14 | RFA #25 | GRANT |
| 15 | RFA #26 | GRANT |
| 16 | RFA #27 | GRANT |
| 17 | RFA #28 | GRANT |
| 18 | RFA #29 | GRANT |
| 19 | RFA #33 | DENY |
| 20 | RFA #34 | DENY |
| 21 | RFA #35 | GRANT |
| 22 | RFA #37 | GRANT |
| 23 | RFA #40 | GRANT |
| 24 | RFA #41 | DENY |
| 25 | RFA #42 | GRANT |
| 26 | RFA #43 | GRANT |
| 27 | RFA #44 | GRANT |
| 28 | RFA #45 | GRANT |

| | | |
|---|---|---|
| RFA #46 | GRANT | |
| RFA #47 | GRANT | |
| RFA #48 | GRANT | |
| RFA #49 | GRANT | |
| RFA #50 | GRANT | |
| RFA #51 | GRANT | |
| RFA #52 | GRANT | |
| RFA #53 | GRANT | |
| RFA #54 | GRANT | |
| RFA #55 | GRANT | |
| RFA #56 | GRANT | |
| RFA #57 | GRANT | |
| RFA #58 | GRANT | |
| RFA #62 | GRANT | |
| RFA #64 | GRANT | |
| RFA #67 | GRANT | |
| RFA #68 | GRANT IN PART, DENY IN PART | |
| Rog #1 | DENY | |
| Rog #2 | GRANT IN PART, DENY IN PART | |
| Rog #3 | GRANT IN PART, DENY IN PART | |
| Rog #10 | DENY | |
| Rog #11 | DENY | |
| Rog #12 | DENY | |
| Rog #13 | DENY | |
| Rog #14 | DENY | |
| Rog #15 | DENY | |
| Rog #17 | DENY | |

Rog #18        DENY

Rog #19        DENY

Rog #20        DENY

IT IS FURTHER ORDERED that Corporate Recovery Associates, LLC must supplement its responses no later than 14 days after the entry of this order.

###

Date: July 16, 2021

Deborah J. Saltzman
United States Bankruptcy Judge