Edward Jason Dennis
jdennis@lynnllp.com
Samuel B. Hardy
shardy@lynnllp.com
Barira Munshi
bmunshi@lynnllp.com
Eliyahu Ness
eness@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Special Litigation Counsel for Plaintiff

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br>    *Debtor.*<br><br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>    *Plaintiff,*<br>v.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, *et al.*,<br><br>    *Defendants.* | CASE NO. 9:16-BK-11912-DS<br><br>Chapter 11<br><br>ADV NO. 9:18-AP-01058-DS<br><br>**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE** |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

1

1  Plaintiff Corporate Recovery Associates, LLC, as Trustee for the Liquidating
2  Trust of Channel Technologies Group, LLC and the remaining Defendants,
3  Defendants Blue Wolf Capital Partners, LLC, Blue Wolf Capital Fund II, LP, and
4  Blue Wolf Capital Advisors LP (the "Blue Wolf Entities"), CTS Corporation ("CTS"),
5  and CTG Advanced Materials, LLC ("CTGAM") (collectively "Defendants") file this
6  Agreed Stipulation of Dismissal with Prejudice.

7  All matters in controversy between Plaintiff and the remaining Defendants
8  have been fully compromised and settled. Therefore, the Parties request that the
9  Court accept this stipulation and enter the attached *Order Approving Stipulation*
10 *of Dismissal with Prejudice*" as proposed by these Parties.

December 16, 2021        GREENBERG TRAURIG, LLP

                         By: _____
                         Howard J. Steinberg
                         Attorneys for Defendants
                         BLUE WOLF CAPITAL PARTNERS, LLC
                         BLUE WOLF CAPITAL FUND II, L.P.
                         BLUE WOLF CAPITAL ADVISORS L.P.

December 16, 2021        LYNN PINKER HURST &
                         SCHWEGMANN, LLP

                         By: _____
                         Edward Jason Dennis
                         Special Litigation Counsel for
                         Corporate Recovery Associates, LLC,
                         Trustee for the Liquidating Trust of
                         Debtor Channel Technologies Group,
                         LLC

28 AGREED STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
   BLUE WOLF ENTITES, CTS, AND CTGAM                                PAGE 2

| | |
|---|---|
| December 16, 2021 | BARNES & THORNBURG, LLP |
| | By: _____ |
| | Jonathan Sundheimer |
| | Jonathan Boustani |
| | Attorneys for Defendants |
| | CTS CORPORATION |
| | CTG ADVANCED MATERIALS, LLC |

# PROOF OF SERVICE

**STATE OF TEXAS, COUNTY OF DALLAS**

I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the within action; my business address is 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201.

On January 7, 2022, I caused the document described below as **AGREED STIPULATION OF DISMISSAL WITH PREDJUDICE AS TO BLUE WOLF ENTITIES, CTS, AND CTGAM** to be served on all interested parties in this action via email:

## SEE ATTACHED SERVICE LIST

**[]   (BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Dallas, Texas. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[]   (BY OVERNIGHT-FEDERAL EXPRESS)** I caused said document(s) to be picked up by U.S. Federal Express Services for overnight delivery to the offices of the addressees listed on the Service List.

**[]   (BY PERSONAL SERVICE)** I caused to be delivered such document by hand to the above-identified recipient through the use of First Legal Attorney Service whose address is: 1517 West Beverly Boulevard, Los Angeles, CA 90026, and whose telephone number is (213) 250-1111.

**[]   (BY FACSIMILE)** I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

**[XX] (BY ELECTRONIC MAIL)** I caused said document(s) to be served via electronic transmission to each addressee's electronic mail address(es) as noted on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 7, 2022, at Dallas, Texas.

/s/ *Emily Burch*
Emily Burch

---

# SERVICE LIST

**United States Bankruptcy Court**
**Central District of California, Northern Division**
**Case No. 9:16-BK-11912-DS**
**Adv. No. 9:18-AP-01058-DS**

| | |
|---|---|
| Howard J. Steinberg<br>steinbergh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br><br>**Attorneys for Defendants Blue Wolf Capital Partners, LLC,**<br>**Blue Wolf Capital Fund II, L.P.,**<br>**Blue Wolf Capital Advisors L.P., and BW Piezo Holdings, LLC** | Jonathan Boustani<br>jboustani@btlaw.com<br>Jonathan Sundheimer<br>Jonathan.sundheimer@btlaw.com<br>Barnes & Thornburg LLP<br>2029 Century Park East, Ste. 300<br>Los Angeles, CA 90067<br><br>**Attorney CTG Advanced Materials, LLC and CTS Corporation** |