Edward Jason Dennis
jdennis@lynnllp.com
Samuel B. Hardy
shardy@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Special Litigation Counsel for Plaintiff

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re | § CASE NO. 9:16-BK-11912-DS |
| | § |
| CHANNEL TECHNOLOGIES GROUP, LLC, | § Chapter 11 |
| *Debtor.* | § ADV NO. 9:18-AP-01058-DS |
| | § |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC, | § **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *Plaintiff,* | § |
| v. | § |
| BLUE WOLF CAPITAL PARTNERS, LLC, *et al.*, | § |
| *Defendants.* | § |

**[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

1

The Court having reviewed and considered the *"Agreed Stipulation of Dismissal with Prejudice"* (the "Stipulation," Docket No. 353), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved and the remaining Defendants, Defendants Blue Wolf Capital Partners, LLC, Blue Wolf Capital Fund II, LP, and Blue Wolf Capital Advisors LP, CTS Corporation, and CTG Advanced Materials, LLC are dismissed from this action with prejudice. All parties shall pay their own attorneys' fees and costs incurred in connection with this matter.

###