Edward Jason Dennis
jdennis@lynnllp.com
Samuel B. Hardy
shardy@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Special Litigation Counsel for Plaintiff



FILED & ENTERED

JAN 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>Adv. No. 9:18-ap-01058-DS |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WOLF CAPITAL PARTNERS, LLC, *et al*.,<br><br>Defendants. | **ORDER APPROVING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE** |

The court having reviewed and considered the "Agreed Stipulation of Dismissal with Prejudice" (the "Stipulation," Docket No. 353), and good cause appearing,

/ / /

IT IS HEREBY ORDERED that the Stipulation is approved and the remaining defendants, Blue Wolf Capital Partners, LLC, Blue Wolf Capital Fund II, LP, and Blue Wolf Capital Advisors LP, CTS Corporation, and CTG Advanced Materials, LLC are dismissed from this action with prejudice.

IT IS FURTHER ORDERED that all parties must pay their own attorneys' fees and costs incurred in connection with this matter.

###

Date: January 10, 2022

Deborah J. Saltzman
United States Bankruptcy Judge